# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 11, 2023

Lyle W. Cayce
Clerk

————————

No. 22-30358
Summary Calendar

————————

Arthur Ray Robinson,

*Petitioner—Appellant*,

*versus*

Jerry Goodwin, *Warden, David Wade Correctional Center*,

*Respondent—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:22-CV-941

———————————————————————

Before Stewart, Willett, and Douglas, *Circuit Judges.*

Per Curiam:[*]

Arthur Ray Robinson, Louisiana prisoner #425796, seeks appointment of counsel in this appeal of a denial of his motion to appoint counsel in a habeas proceeding. Because we lack jurisdiction, we dismiss the appeal.

—————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-30358

We must examine our jurisdiction sua sponte. *See Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). There has been no final judgment. The order denying appointment of counsel is not specified in 28 U.S.C. § 1292(a) and has not been certified for appeal. Therefore, we may consider it only if it falls within that "small class of orders" deemed final under the collateral order doctrine. *See Dardar v. Lafourche Realty Co.*, 849 F.2d 955, 957-58 (5th Cir. 1988). It does not. *See Thomas v. Scott*, 47 F.3d 713, 715 (5th Cir. 1995). Thus, we lack jurisdiction over the appeal. Accordingly, the appeal is DISMISSED, and the motion for appointment of counsel is DENIED as moot.